U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

Narase Bob Oudit

Case No. 06-048 (PLF)

**FILED**

MAR 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this __8th__ day of __March, 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __3/8/06__ by __SA Michelle Rankin__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_/s/ Paul L. Friedman_
Judge (U.S. Magistrate)

DOJ USA-16-1-80

DEFENSE COUNSEL