UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-048 (PLF) |
| | : | |
| **v.** | : | |
| | : | |
| **NARASE BOB OUDIT** | : | |

### GOVERNMENT'S MOTION TO DISCLOSE
### CERTAIN INFORMATION AND FOR A PROTECTIVE ORDER

The United States of America, by and through undersigned counsel, hereby files this Motion to Disclose Certain Information and for a Protective Order.

To fulfill its discovery obligations, the government wishes to provide to the defense certain tax information and grand-jury material that, in some other contexts, may not be disclosed. The government requests that the Court issue an order directing the government to produce to the defense such tax material and grand-jury material that Rule 16 and other disclosure obligations require the government to produce.

Some of the discovery in this case contains financial information relating not just to the defendant, but to other individuals. This information is detailed and sensitive. While the defendant and his counsel are entitled to receive this material for the purpose of preparing their defense, they are not entitled to disclose and make use of the material for other purposes.

Pursuant to Fed. R. Crim. P. 16(d)(1), the government seeks a protective order providing that the defendant and his counsel may use materials provided by the government solely for the purposes of preparing their defense in this criminal case.

WHEREFORE, the United States respectfully requests that the Court grand this Motion

to Disclose Certain Information and for a Protective Order.  A proposed order is attached.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY


        _____
        HOWARD R. SKLAMBERG
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, DC 20001


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion was served by electronic mail upon Thomas Abbenante, Esq., t_abbenante@yahoo.com, this 20th day of June, 2006.


        _____
        Howard R. Sklamberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-048 (PLF) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **NARASE BOB OUDIT** | : | |

## ORDER

Upon consideration of the government's Motion to Disclose Certain Information and for a Protective Order, the Court hereby

ORDERS that the government shall produce such tax material and grand jury material that Rule 16 and other disclosure obligations require it to produce;

ORDERS that the defendant and his counsel may use materials provided by the government solely for the purposes of preparing their defense in this criminal case.

_____
Paul L. Friedman
United States District Judge

Dated: