UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-048 (PLF) |
| | : | |
| v. | : | **FILED** |
| | : | JUL 2 8 2006 |
| **NARASE BOB OUDIT** | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### GOVERNMENT'S MEMORANDUM REGARDING GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia. hereby files this Memorandum Regarding Guilty Plea, which contains the elements of the offense to which the defendant will be pleading guilty.

The defendant will be pleading guilty to Bribery. The elements are:

1. The defendant demanded, sought, or received something of value as described in the indictment;

2. The defendant was, at that time, a public official of the District of Columbia or was acting on behalf of the District of Columbia; and

3. The defendant demanded, sought, or received the item of value corruptly in return for being influenced in the performance of any official act.[1]

---

[1] Adapted from O'Malley et al., *Federal Jury Practice and Instructions*, (5th ed. 2000), at § 27.06.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
HOWARD R. SKLAMBERG
Fraud & Public Corruption Section
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530

Certificate of Service

I hereby certify that, on July 28, 2006, I caused this memorandum to be served upon Thomas Abbenante, Esq,. by electronic mail.

_____
HOWARD R. SKLAMBERG
Assistant United States Attorney