

## METRO CARDIOVASCULAR ASSOCIATES, P.C.
### Clinical & Non-Invasive Cardiology

*Hector K. Collison, M.D., F.A.C.C.*
*Vivek Bahl, M.D.*

106 Irving Street, N.W.
Suite 1500N
Washington, DC 20010
Phone: (202) 722-1305
Fax: (202) 291-2909

8401 Colesville Road
Suite 310
Silver Spring, MD 20010
Phone: (301) 587-4585
Fax: (301) 585-4564

Exhibit
CR 06-48-01

December 28, 2006

Mr. Thomas Abbenante
1990 Pennsylvania Avenue
Washington, DC

Re:                    NARASE B. OUDIT
Date of Birth:         06/05/1955
Date of Encounter:     12/28/2006
Location:              Silver Spring Office Consultation

Dear Mr. Abbenante:

I am Mr. Oudit's private cardiologist. The patient is an approximately 50-year-old male with a history of diabetes, hyperlipidemia, hypertension, and arteriosclerotic cardiovascular disease, who presented to our office with crippling chest pain consistent with unstable angina pectoris. The patient underwent cardiac catheterization and subsequent coronary artery stenting under my direction which revascularized a severely occlusive left anterior descending artery stenosis.

At this time, the patient continues to have recurrent episodes of chest pains which are quite limiting and disturbing, however, responsive to nitroglycerin administration. The patient is presently in need of repeat evaluation by way of cardiac catheterization and possible re-stenting may be required. The patient did have an echocardiogram recently which documented preserved and normal left ventricular function.

The patient's long-term prognosis is guarded unless the patient gets control of his life and reduces his stress and modifies his risk factors. I strongly advise against subjecting this patient to the stress of confinement. I would advise that home monitoring and continued close medical observation under my direction would assist him in his life and longevity given the extensiveness of his risk factors of diabetes and cardiovascular disease.

If you have a question regarding this matter, please do not hesitate to call me.

Best regards,


HECTOR K. COLLISON, M.D. F.A.C.C.

DICTATED BY:  COLLISON, HECTOR K., M.D. F.A.C.C.
123090/000004724/99341
DD: 12/28/2006 19:38  DT: 12/29/2006 03:32