UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-048 (PLF) |
| | : | |
| v. | : | |
| | : | |
| **NARASE BOB OUDIT** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONVERT SENTENCING HEARING INTO A STATUS HEARING

The United States of America, by and through undersigned counsel, respectfully submits this Unopposed Motion to Convert Sentencing Hearing into Status Hearing.

On January 3, 2007, the defendant filed a sentencing memorandum in which he requests a sentence of probation. The sentencing recommendation is based largely on a letter from Hector Collison, M.D. Doctor Collision describes the defendant's medical condition, states that the defendant has chest pains that are responsive to nitroglycerin, but "strongly advise[s] against subjecting this patient to the stress of confinement."

Anecdotally, undersigned counsel is aware that the federal prison system treats many prisoners with serious heart conditions. However, in order to assess what effect, if any, the defendant's health should have on his sentence, the Court would probably benefit from a more thorough analysis of the defendant's health and of the Bureau of Prison's ability to treat the defendant.

If the defendant were in custody, a medical examination could occur by transferring the defendant to the Bureau of Prison facility in Butner, North Carolina. This defendant is not in custody and, at this time, the government is not aware of the best way, logistically, to obtain a

medical examination.[1]

It is unlikely that a medical examination could occur and a report could be written far enough in advance of the January 16 sentencing date as to make it useful to the parties and the Court. (The results of such a report would have to be shared with the Bureau of Prisons, which would then opine on its ability to treat the defendant).

The government, therefore, moves to convert the sentencing date into a status hearing. At that hearing, the government will ask the Court to order a medical examination.

Counsel for the defendant does not oppose this motion. A proposed order is attached.

WHEREFORE, the government respectfully requests that the Court convert the January 16 sentencing hearing into a status hearing.

    Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar Number 498610
United States Attorney

_____
HOWARD R. SKLAMBERG
D.C. Bar Number 453852
Assistant United States Attorney
Fraud & Public Corruption Section
555 Fourth Street, N.W.
Washington, DC 20001

---

[1] The government has consulted with Michael Penders, the presentence report writer. Mr. Penders indicated that he will call the Bureau of Prisons to try to determine if BOP can perform an examination of a defendant who is not in custody.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion was served by electronic mail upon Thomas Abbenante, Esq., tabbenante@yahoo.com, this 4th day of January, 2007.

_____
Howard R. Sklamberg