UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 06-048 (PLF) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **NARASE BOB OUDIT** | : | |

## ORDER

Upon consideration of the Government's Unopposed Motion to Convert Sentence Hearing into a Status hearing, and for good cause shown, it is hereby

ORDERED that the sentencing hearing currently scheduled for January 16, 2007 be converted into a status hearing.

_____
Paul L. Friedman
United States District Judge

Date: