
# CARDIOLOGY ASSOCIATES, P.C.

Stuart F. Seides, MD
Joel Rosenberg, MD
James W. Ross, MD
Elizabeth M. Kingsley, MD
Benjamin I. Lee, MD
Jonathan A. Altschuler, MD
Mitchell B. Schwartz, MD
John J. Kennedy, MD
Edward I. Morris, MD
Susan K. Bennett, MD
Robert A. Gallino, MD
Matthew J. Connolly, MD
Kelley W. Sullivan, MD
Jay A. Mazel, MD
William C. Maxted, Jr., MD
Reginald L. Robinson, MD
Robert A. Lager, MD
Barbara L. Bean, MD
Reed M. Shnider, MD
Allison W. Richardson, MD
Bernard M. Wagman, MD
Lawrence D. Jacobs, MD
Stephanie S. Jacobs, MD

*Vascular Surgery:*
John D. Martin, MD
Jon A. Hupp, MD
Stephen F. Stanziale, MD

*Nurse Practitioners*
Janeen e. Constantine, ACNP
Deborah A. Dwyer, CRNP
Louise C. Burns, CRNP
Louise O. Hanson, CRNP

106 Irving Street, N.W.
Suite 2700N
Washington, D.C. 20010
(202) 723-5524
(800) 365-0968
*Fax* (202) 291-0512

2131 K Street, N.W.
Suite 800
Washington, D.C. 20037
(202) 822-9356
*Fax* (202) 331-0451

106 Irving Street, N.W.
Suite 4800N
Washington, D.C. 20010
(202) 726-5484
*Fax* (202) 726-4587

*www.heartcapc.com*

February 22, 2007

Mr. Howard K. Sklamberg
United States Attorney
District of Columbia Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

**RE: OUDIT, NRASE BOB**
**DOB:** 06/05/1955

Dear Mr. Sklamberg:

I had the opportunity to review the medical records, interview, and examine Mr. Nrase Bob Oudit in my office today. Mr. Oudit has a history of coronary heart disease and he underwent cardiac catheterization on or about September 23, 2003, by Dr. Collison at the Washington Hospital Center. That study was reported as demonstrating sequential obstructive disease in the left anterior descending coronary artery that was treated with the placement of 2 or 3 (the operative note is unclear) drug-eluting stents with a satisfactory result apparently confirmed by both angiography and intravascular ultrasound. He apparently underwent a repeat cardiac catheterization in 2004, and apparently no further intervention was required. At the time of his initial catheterization, his right and left circumflex coronary arteries were noted to be normal as was his left ventricular systolic function. He underwent followup exercise testing in September 2005, which was interpreted as "normal" and he was last seen by his cardiologist, Dr. Collison, in June 2006. An exercise echocardiogram dated June 20, 2006, was reported as "normal" and there was no evidence of exercise-induced myocardial ischemia. At present, Mr. Oudit has no complaints of chest discomfort, although he does report that when he "walks" more than 1 mile, he becomes tired and short-winded. He has a variety of other systems including skin rash none of which are suggestive of cardiovascular pathology. Mr. Oudit is a nonsmoker, but he has a long history of type 2 diabetes (since he believes 1990), hypertension, and dyslipidemia, all of which are being currently treated. He also gives a history compatible with gastroesophageal reflux disease. His current medical program includes aspirin 81 mg daily, Actos 45 mg daily, glipizide dose unknown, Plavix 75 mg daily, Glucophage 500 mg daily, Lipitor 20 mg daily, and nitroglycerin sublingual for unspecified use.

On examination, he appeared anxious, but was comfortable at rest. He was 69 inches tall and weighed 192.5 pounds. His blood pressure was 155/100 bilaterally, and his pulse was 80 and regular. Jugular venous pressure was normal, and carotid pulsations were full and equal without bruits. Lung fields were clear. Cardiac examination revealed a nonpalpable left ventricular impulse. The first heart sound was normal. The second heart sound was physiologically split. There was a fourth heart sound, but no third heart sound, or any murmurs, rubs, or clicks. Abdominal examination was unremarkable with no masses or bruits. Examination of the extremities revealed good peripheral perfusion, symmetrical peripheral pulses, and no clubbing, cyanosis, or edema.

Nrase Bob Oudit
February 22, 2007
Page 2

His resting electrocardiogram today demonstrates normal sinus rhythm with isolated atrial premature beats, a left atrial abnormality, left axis deviation consistent with left anterior hemiblock, and mild nonspecific T-wave flattening.

Mr. Oudit has a history of coronary heart disease that was anatomically repaired in September 2003, with no clear-cut subjective or objective evidence of recurrence. At the time of his last visit with Dr. Collison in June 2006, he had an exercise (stress) echocardiogram that was reported as being entirely normal. I find nothing to suggest that his coronary artery disease is currently unstable, and I find no basis upon which to consider that incarceration would pose a significant level of enhanced cardiovascular risk. His basic maintenance medical care should be straightforward and readily available within the correctional medical system.

I hope that his information is of assistance to you and your deliberations. If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Stuart F. Seides, M.D.

SFS:cbs/sy/lo           DOD: 02/22/2007      DOT: 02/24/2007