## DECLARATION OF JEFFERY D. ALLEN

1. Since January 2007, I have served as the Chief of Health Programs of the Federal Bureau of Prisons ("BOP"). My responsibilities include consulting with BOP physicians in the field regarding inmates' clinical care, making recommendations regarding the medical redesignation of inmates, and making decisions regarding non-formulary medication requests. I routinely assess BOP's treatment regimes for inmates. My office is located in Washington, D.C.

2. Prior to my promotion to Chief of Health Programs, from 1998-2006, I served as the Clinic Director at BOP's FCC Petersburg facility. My earlier medical career includes: the private practice of family medicine in Richmond, Virginia, from 1996-1998; being the Assistant Director of Bayfront Family Practice Residency from 1995-1996; serving as a United States Air Force staff physician, from 1991-1995. I hold an M.D. from Tulane University School of Medicine, which I obtained in 1988. I have been board certified in family practice since 1991.

3. Based on my position at BOP and my training and experience, I am very familiar with the medical care that BOP provides to inmates and am able to assess whether BOP has the capacity to treat various medical conditions.

4. I have reviewed a letter written by Dr. Hector Collison and dated December 28, 2006, and a letter written by Dr. Stuart Seides and dated February 22, 2007. Both letters discuss the medical condition of Narase Bob Oudit, who is awaiting sentencing.

5. BOP successfully treats many inmates with conditions similar to Mr. Oudit's. Indeed, BOP successfully provides (either directly or by contracting with an outside doctor) medical care to inmates with coronary conditions that are more serious and/or more unstable than Mr. Oudit's.

6. For example, BOP performs or contracts with cardiologists to perform the

following procedures, among others: heart bypass surgery, the insertion of stents and pacemakers, the implantation of cardiodefibrilators, cardioverting hearts with bad rhythms, electrophysiology studies with ablation, cardiac catheterization, and medication management of heart diseases. BOP also manages the care of inmates who have had heart transplants.

7. BOP examines inmates with chronic but stable heart conditions every six months. Based on an inmates' medical condition, BOP assigns a care level, and adjusts the inmate's treatment accordingly. If there is an indication that an inmate's condition is no longer stable, BOP performs more frequent examinations. If there is a health emergency, BOP provides immediate medical attention.

8. BOP adjusts an inmate's work assignment in accordance with his or her medical condition.

9. BOP treats inmate stress. BOP maintains a psychology staff that meets with inmates to treat stress and also provides medication to manage conditions such as anxiety disorders.

10. Based on the information contained in the letters by Dr. Collison and Dr. Scides, BOP's successful experience treating inmates with health conditions similar to Mr. Oudit's, and my knowledge of BOP's general medical capability, I conclude that BOP would be able to treat Narase Bob Oudit.

I declare under penalty of perjury that this two-page Declaration is true and correct, to the best of my knowledge and belief.

Date: 4/19/07

Jeffery D. Allen, M.D.