CURRICULUM VITAE

STUART F. SEIDES, M.D.
Cardiology Associates, P.C.
106 Irving Street, NW
Suite 2700 North
Washington, D.C. 20010
(202)723-5524

## EDUCATION

- B.S., with highest distinction, 1967, The Pennsylvania State University, University Park, Pennsylvania
- M.D., 1970, Cornell University, New York, New York

## ACADEMIC HONORS

- General Motors Academic Scholar (1964-67)
- Phi Eta Sigma Honor Society (1964)
- Alpha Epsilon Delta Premedical Honor Society (1965)
- Phi Kappa Phi Honor Society (1966)
- Evan Pugh Scholar of the Honor Society Council (1966)
- Alpha Omega Alpha Medical Honor Society (President, Cornell University Chapter, 1969-70)
- Clarence C. Cornell Prize in Medicine (1969)
- Sara O. Loughlin Foley Prize in Clinical Medicine (1970)
- John Metcalfe Polk Prize for General Efficiency (1970)
- Distinguished Alumnus, The Pennsylvania State University, 2004

## POST GRADUATE TRAINING

- 1970 - 1971   Internship, Medicine, Beth Israel Hospital (Harvard Medical School), Boston, Massachusetts
- 1971 - 1972   Residency, Medicine, Beth Israel Hospital (Harvard Medical School), Boston, Massachusetts
- 1972 - 1974   Cardiovascular Research Associate and Director, Cardiac Intensive Care Unit, U.S. Public Health Service Hospital, Staten Island, New York
- 1974 - 1975   Fellowship, Cardiology, Washington Heart Association Special Clinical Fellow, Georgetown University Medical Center, Washington, D.C.
- 1975 -1976    Fellowship, Cardiology, Senior Laboratory Fellow, Georgetown University Medical Center, Washington, D.C.
- 1976          Chief Medical Resident, Georgetown University Medical Center, Washington, D.C.

Stuart F. Seides, M.D.                                                                                              Page 2
Curriculum Vitae

## STAFF POSITION

Senior Investigator and Senior Physician, 1976 - 1978, Cardiac Catheterization Laboratory, Cardiology Branch, National Heart, Lung and Blood Institute, National Institutes of Health, Bethesda, Maryland

## PROFESSIONAL ASSOCIATIONS

- Commissioner, Mayoral Appointee, District of Columbia Health Services Reform Commission, 2001-2004
- Active Member, North American Society of Pacing and Electrophysiology
- Active Member, American Society of Echocardiography
- Active Member, Academy of Medicine of Washington, DC
- Senior Member, American Federation for Clinical Research
- Fellow, Society for Cardiac Angiography and Intervention
- Fellow, American College of Chest Physicians
- Fellow, American College of Cardiology
- Fellow, Council on Clinical Cardiology, American Heart Association
- Fellow, American College of Physicians
- Active Member, 1978 - present
- Committee on Professional Standards,1983- 1999
- Vice Chairman, 1991 – 1983
- Chairman, 1993-1999
- President-Elect, 1999-2000
- President, 2000-2001
- Chairman, Board of Trustees, 2001-2002
- Member, Executive Committee, Board of Trustees, 1998 – present

## AMERICAN HEART ASSOCIATION, NATIONS CAPITAL AFFILIATE

- Chairman, Community Services Committee, 1981-1984
- Member, Board of Directors, 1981 –1992
- President-Elect, 1984 - 1986
- President, 1986 – 1988

Stuart F. Seides, M.D.                                                                                        Page 3
Curriculum Vitae

PROFESSIONAL ACTIVITIES

- Washington Hospital Center
  - Associate Director for Cardiology, Washington Heart, 1989 – present
  - Medical Board, 1988 – present
  - Vice President, 1997 – 1998, 2001 – present
  - Executive Committee, 1995 B present
  - Board of Directors, 2000 – present
  - Chairman, Committee on Professional Affairs and Quality Improvement, 2001 – present
  - Executive Committee, 2001 - present
  - Peer Review Committee, Cardiac Catheterization Laboratory, 1990 - present

- George Washington University Medical Center
  - Faculty Senate, Executive Committee, 1998 – 2003
  - Member, Committee on Admissions and Advanced Standing, 1997 - 2000
  - Member, Committee on Medical Student Evaluation, 2000 - present
  - Member, Committee on the Undergraduate Curriculum, 2004-present

- Director of Cardiology, Greater Southeast Community Hospital, Washington, DC  1978-1979
- Consultant, Committee to Evaluate the Artificial Heart Program, NHLBI, IOM, NAS, Washington, D.C., 1991-1995
- Consultant, Medicare Participating Heart Bypass Center Demonstration, ORD, HCFA, DHHS, Washington, D.C., 1990 - 1994
- Cardiology Consultant, Blue Cross and Blue Shield of Pennsylvania, 1988 - 1998
- Consultant, Committee on Biomedical Research in the Veterans Administration, National Research Council, National Academy of Sciences, 1976 - 1978
- Editorial Consultant, American Journal of Cardiology, Journal of the American College of Cardiology, Chest, Catheterization and Cardiovascular Diagnosis
- Founding Member, Board of Directors, Capital Cardiology Network, Inc., Washington, DC 1990-1994 (folded into Mid Atlantic Heart network)
- Member, Board of Directors, Maryland-D.C. Collaborative for Health Care Information Technology, 2003 -present
- Member, Training Program Standards Committee, Society for Cardiac Angiography and Intervention, 1986 - Present
- Member, Medical Advisory Board, Boston Scientific Corporation, Mansfield, MA, 1986 - present
- Co-founder and Director, Mid Atlantic Heart Network, Inc., 1994-present
- Member, Medical Policy Committee, Medstar Health, Inc., Columbia, MD 2002-present

Stuart F. Seides, M.D.                                                                                                Page 4
Curriculum Vitae

## FACULTY APPOINTMENTS

- 1970 - 1972     Clinical and Teaching Fellow in Medicine, Harvard Medical School, Boston, Massachusetts
- 1974 - 1975     Fellow in Medicine, Georgetown University, Washington, D.C.
- 1975 - 1978     Instructor in Medicine, Georgetown University, Washington, D.C.
- 1987 - Present  Clinical Assistant Professor of Medicine (Cardiology), Georgetown University, Washington, D.C.
- 1978 - 1994     Clinical Associate Professor of Medicine (Cardiology), George Washington University, Washington, D.C.
- 1995 - Present  Clinical Professor of Medicine (Cardiology), George Washington University, Washington, D.C.

## FEDERAL SERVICE

- 1972 - 1974     Surgeon, U.S. Public Health Service
- 1976 - 1977     Surgeon, U.S. Public Health Service
- 1977 - 1978     Senior Surgeon, U.S. Public Health Service

## LICENSURE

- New York (#111787)
- Maryland (#D16857)
- District of Columbia (#MD000007029)

## BOARD CERTIFICATION

- Diplomate, 1971, National Board of Medical Examiners
- Diplomate, 1973, American Board of Internal Medicine
- Diplomate, 1975, Subspecialty Board, Cardiovascular Disease, ABIM
- Diplomate, 1999, Subspecialty Board, Interventional Cardiology, ABIM

## CURRENT STAFF APPOINTMENTS

- Senior Attending Physician, (Cardiac Catheterization Laboratory), and Associate Director of Cardiology, Washington Hospital Center, Washington, D.C.
- Attending Staff, George Washington University Hospital, Washington, D.C.
- Attending Staff, Georgetown University Hospital, Washington, D.C.

Stuart F. Seides, M.D. Page 5
Curriculum Vitae

## PRACTICE

- Founder and President, Cardiology Associates, PC; cardiovascular medicine and surgery group practice, Washington, DC (6 locations in Washington, D.C., Montgomery, Prince Georges, Anne Arundel, and Kent and Queen Anne's Counties in Maryland). Active personal practice in consultative and interventional cardiology, 1979-present.

## BOOK

Josephson, M.E., Seides, S. F. Clinical Cardiac Electrophysiology. Lee and Febiger, Philadelphia, 1979

## ARTICLES

Folland, D., Armstrong D., Seides, S., Blevins A. Pneumococcal bacteremia in patients with neoplastic diseases. Cancer 33: 845, 1974.

Josephson, M.E., Seides, S.F., Batsford, W.P., Weisfogel, G.M., Akhtar, M., Caracta, A.R., Lau, S.H., Damato, A.N. Electrophysiological effects of intramuscular quinidine on the atrioventricular conducting system in man. American Heart Journal 87: 55, 1974.

Josephson, M.E., Seides, S.F., Batsford, W.P., Caracta A.R., Demato, A.N., Kastor,, J.A. The Effects of carotid sinus pressure in re-entrant paroxysmal supra-ventricular tachycardia. American Heart Journal 88: 694, 1974.

Seides, S.F., Josephson, M.E., Batsford, W.P., Weisfogel, G.M., Lau, S.F., Damato, A.N., The electrophysiology of propranolol in man. American Heart Journal 88: 733, 1974.

Batsford, W.P., Akhtar, M., Caracta, A.R., Josephson, Seides, S.F., Damato, A.N. Effect of atrial stimulation site on the electrophysiologic properties of the atrioventricular node in man. Circulation 50: 283, 1974.

Seides, S.F., DeJoseph, R.L., Brown, A.E., Damato, A.N.: Echocardiographic findings in isolated surgically created tricuspid insufficiency. American Journal of Cardiology 35: 679, 1975.

Case 1:06-cr-00048-PLF    Document 18-4    Filed 04/20/2007    Page 6 of 9

Stuart F. Seides, M.D.                                                                                                      Page 6
Curriculum Vitae

Seides, S.F., Ruskin, J.N., Damato, A.N.  Propranolol induced urticaria: successful therapy with tolamolol.  Chest 67: 496, 1975.

DeJoseph, R.L., Seides, S.F., Lindner, A. Damato, A.N.  Echocardiographic findings of ventricular septal rupture in acute myocardial infarction.  American Journal of Cardiology 36: 346, 1975.

Weisfogel, G.M., Batsford, W.P., Paulay, K.L., Josephson, M.E., Ogunkelu, J.B., Akhtar, M., Seides, S.F., Damato, A.N.  Sinus node re-entrant tachycardia in man.  American Heart Journal 90: 295, 1975.

PUBLICATIONS

Josephson, M.E., Seides, S.F., Damato, A.N.  Wolff-Parkinson-White syndrome with 1:2 atrioventricular condition.  American Journal of Cardiology 37: 1094, 1976.

Savage, D.D., Seides, S.F., Clark, C.E., Henry, W.L., Maron, B.J., Robinson, F.C., Epstein, S.E.: Electrocardiographic findings in patients with obstructive and non-obstructive hypertrophic cardiomyopathy.  Circulation 58: 402, 1978.

Seides, S.F., Borer, J.S., Kent, K.M., Rosing, D.R., McIntosh, C.L., Epstein, S.E.  Long term fate of coronary artery bypass grafts: Anatomic and functional status after five years.  New England J Med 298: 1213, 1978.

Rosing, D.R., Borer, J.S., Kent, K.M., Maron, B.J., Seides, S.F., Norman, A.G., Epstein, S.E.  Long-term hemodynamic and electrocardiographic assessment following operative repair of Texalogy of Fallot.  Circulation 58: I-209, 1978.

Seides, S.F., Shemin, R.J., Morrow, A.G.  Concordance for three congenital cardiac abnormalities in a monozygotic twinship.  British Heart Journal 42: 742, 1979.

Rosing, D.R., Seides, S.F., Kent, K.M., Borer, J.S., Maron, B.J., Epstein, S.E., Verapamil Therapy:  A New Approach to the Pharmacologic Treatment of Hypertrophic Cardiomyopathy.  Circulation 60: 1201, 1979.

Seides, S.F., The Long-term Follow-up of Patients with Coronary Artery Bypass Grafts.  Prim Cardiol 6: 1, 1980.

Stuart F. Seides, M.D.                                                                                   Page 7
Curriculum Vitae

Borer, J.S., Bacharach, S.L., Green, M.V., Kent, K.M., Rosing, D.R., Seides, S.F., Morrow, A.G., Epstein, S.E.  Effect of Septal Myotomy and Myectomy on Left Ventricular Systolic Function at Rest and During Exercise in Patients with IHSS.  <u>Circulation</u> 63:  II-60, No. 2, I-82, 1979.

Borer, J.S., Kent, K.M., Bacharach, S.L., Green, M.V., Rosing, D.R,, Seides, S.F., Epstein, S.E., Johnston, G.S.  Sensitivity, specificity and predictive accuracy of radionuclide cineangiography during exercise in patients with coronary artery disease:  Comparison with exercise electrocardiography.  <u>Circulation</u> in press.

Little, T., Rosenberg, J., Seides, S.F., Lee, B.I., Lindsay, J., Pichard, A.D.  Probe Angioplasty of Total Coronary Occlusion Using the Probing Catheter. <u>Cath and Cardiovasc Diag.</u> 21: 124, 1990.

Lee, B.I., Schwartz, M.B., Seides, S.F.  Balloon angioplasty of lesions beyond extremely angulated bends.  <u>The Journal of Invasive Cardiology</u> 8(3): 157-160, 1996.

Panda, D., Kunda, G.C., Lee, B.I., Peri, A., Fohl, D., Chackalaparampil, I., Mukherjee, B.B., Li, Xiao D., Mukherjee, D.C., Seides, S.F., Rosenberg, J., Stark, K., Mukherjee, A.B. Potential roles of osteopontin and $\acute{α}_v β_3$ integrin in the development of coronary artery restenosis after angioplasty.  <u>Proc Natl Acad Sci USA</u> 94: 9308-9303, August 1997.

Davenport, N.J.. Dullum, M.K.C., Lansky, A., Ross, E., Seides. S.F.  Diagnosis & management of ischemic heart disease in women:  The Epidemic of coronary heart disease in women in the United States.  A summary article based on a continuing medical education course sponsored by Washington Hospital Center.


<u>ABSTRACTS</u>

Batsford, W.P., Akhtar, M., Damato, A.N., Foster, J.R., Ruskin, J.N., Seides, S.F., Weisfogel, G.M., Caracta, A.R.  Electrophysiologic studies in asymptomatic patients with RBBB and LAH.  (Abstr) <u>Circulation</u> 49-50: III-214, 1974.

Foster, J.R., Batsford, W.P., Seides, S.F., Caracta, A.R., Weisfogel, G.M., Lau, S.H., Damato, A.N.  The degree and duration of electrophysiologic changes following coronary arteriography.  (Abstr) <u>Circulation</u> 49-50: III-226, 1974.

Ticzon, A., Damato, A.N., Paulay, K., Ruskin, J.N., Seides, S.F., Caracta, A.R.  Digitalis on the initiation and perpetuation of paroxysmal supraventricular tachycardia in man.  (Abstr) <u>Circulation</u> 54: II-49, 1976.

Stuart F. Seides, M.D.                                                                                                          Page 8
Curriculum Vitae

Savage, D.D., Seides, S.F., Maron, B.J., Epstein, S.E.  24-hour ambulatory electrocardiographic monitoring of patients with obstructive and non-obstructive hypertrophic cardiomyopathy.  (Abstr)  Circulation 55-56: III-216, 1977.

Borer, J.S., Bacharach, S., Green, M., Kent, K.M., Rosing, D.R., Seides, S.F., McIntosh, C.L., Conkle, D.M., Morrow, A.G., Epstein, S.E.  Left ventricular function during exercise before and after aortic valve replacement.  (Abstr) Circulation 55-56: III-28, 1977.

Rosing, D.R., Borer, J.S., Kent, K.M., Maron, B.J., Seides, S.F., Morrow, A.G., Epstein, S.E.  Late identification of cardiac abnormalities after operative correction of tetralogy of Fallot.  (Abstr) Circulation 55-56: III-105, 1977.

Borer, J.S., Bacharach, S.L., Green, M.D., Kent, K.M., Maron, B.J., Rosing, D.R., Seides, S.F., Epstein, S.E.  Obstructive vs. non-obstructive asymmetric septal hypertrophy: Differences in the left ventricular function with exercise.  (Abstr) Amer J Cardiol 41: 379, 1978.

Borer, J.S., Bacharach, S.L., Green, M.V., Kent, K.M., Rosing, D.R., Seides, S.F., McIntosh, C.L., Conkle, D., Morrow, A.G., Epstein, S.E.  Left ventricular function in aortic stenosis: Response to exercise and effects of operation.  (Abstr) Amer J Cardiol 41: 382, 1978.

Seides, S.F., Kent, K.M., Rosing, D.R., Borer, J.S., Epstein, S.E.  The effects of vasodilators on patients with pulmonary hypertension.  (Abstr) Circulation 57-58: II-61, 1978.

Borer, J.S., Bacharach, S.E., Green, M.D., Rosing, D.R., Kent, K.M., Seides, S.F., Epstein, S.E.  Effects of propranolol on left ventricular function during exercise in patients with coronary artery disease.  (Abstr)  Circulation 57-58: II-61, 1978.

Borer, J.S., Bacharach, S.L., Green, M.D., Kent, K.M., Rosing, D.R., Seides, S.F., Morrow, A.G., Epstein, S.E.  Effect of myotomy and myectomy on left ventricular systolic function at rest and during exercise in patients with IHSS.  (Abstr) Circulation 57-58: II-191, 1978.

Borer, J.S., Rosing, D.R., Kent, K.M., Seides, S.F., Miller, R., Cohen, H., Holmes, D., Donahue, D., Stark, R., Green, M.V., Bacharach, S., Baker, W., Epstein, S.E.  Natural History of left ventricular dysfunction after myocardial infarction.  (Abstr) Amer J. Cardiol 43: 370, 1979.

Stuart F. Seides, M.D.                                                                                               Page 9
Curriculum Vitae

Rosing, D.R., Kent, K.M., Seides, S.F., Borer, J.S., Maron, B.J., Epstein, S.E. Hemodynamic Effects of verapamil in patients with hypertrophic cardiomyopathy. (Abstr) Amer J. Cardiol 43: 380, 1979.

Borer, J.S., Bacharach, S.L., Green, M.D., Bailey, J.J., Kent, K.M., Rosing, D.R., Seides, S.F., Epstein, S.E., Johnston, G.S. Sensitivity of stress radionuclide cineangiography and stress thallium perfusion scanning in detecting coronary artery disease. (Abstr) Amer J. Cardiol 43: 431, 1979.

Seides, S.F., Kent, K.M., Rosing, D.R., Borer, J.S., Epstein, S.E. Effects of heart rate and pacing site on the hemodynamics of patients with hypertrophic cardiomyopathy. (Abstr) Clin Res 27: 202A, 1979.

Seides, S.F., Kent, K.M., Ewels, C.J., Rosing, D.R., Borer, J.S., Epstein, S.E. Electrophysiology of verapamil in man: Dose-Response Relationship. Clin Res 27: 202A, 1979

Borer, J.S., Fletcher, R., Seides, S.F., Kent, K.M., Rosing, D.R., DelNegro, A., Maron, B., Epstein, S.E. Hypertrophic Cardiomyopathy: Relation of electrophysiologic abnormalities to familial clusterings of sudden death and to echocardiographic and hemodynamic findings. (Abstr) Clin Res 27: 155A, 1979.

Kent, K.M., Rosing, D.R., Borer, J.S., Seides, S.F., Epstein, S.E. The natural history of asymptomatic or mildly symptomatic patients with coronary artery disease. Clin Res 27: 179A, 1979.

Seides, S.F., Goldbaum, T. Electrocardiographic Monitoring in Hypertrophic Cardiomyopathy. Practical Cardiology 2&3: 43-48, 1985.