Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-48-01 (PLF)
)
Narase Bob Oudit )

## NOTICE OF APPEAL

Name and address of appellant: Narase Bob Oudit
2233 1st St. NW
DC 20001

**FILED**
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney: Thomas Abbenante
1919 Penn. Ave NW #200
DC 20006

Offense: Bribery

Concise statement of judgment or order, giving date, and any sentence:

37 months

Name and institution where now confined, if not on bail: not confined

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5-18-07
DATE

Narase Bob Oudit
APPELLANT

Thomas Ah[...]
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?        YES [ ]   NO [✓]
Has counsel ordered transcripts?              YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]