Jan 03 07 04:01p    tom                    703-841-0637              P.1

HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: ~~06-CR-408~~  O6 CR 48 |
| | : | MAY 1 8 2007 |
| vs. | : | SSN: _____ |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| OUDIT, Narase Bob | : | U.S. DISTRICT COURT |
| | : | Disclosure Date: <u>December 8, 2006</u> |

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                                      **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
(✓)    There are no material/factual inaccuracies therein.
( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  12/29/06          _____ 1-2-07
**Defendant**              **Date**                      **Defense Counsel**              **Date**

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 22, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Acting Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                        **Page 2**

*Legal Address*

2233 1st Street (NW)

page 12 Item 69

Medical Bills Collection has

increased to $1000.00

Signed by: _____

(Defendant/Defense Attorney/AUSA)

Date: _____