HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**JUL 1 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Narase Bob Oudit                Docket No.: 06CR48-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Narase Bob Oudit__ having been sentenced, on 5/18/2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to FCI Loretto SCP , in Loretto, PA by 2 p.m., on July 12, 2007 .

____7/11/07____
Date

____[signature] for____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

____[signature]____
**ATTORNEY/U.S. PROBATION OFFICER**

____[signature]____
**DEFENDANT**

Revised 6-2004

