# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-3064**                                      **September Term, 2007**

                                                     06cr00048-01

                                                     **Filed On:**

United States of America,
    Appellee

  v.

Narase Bob Oudit,
    Appellant

FILED OCT 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED OCT - 5 2007
CLERK

### ORDER

Upon consideration of appellant's motion for voluntary dismissal of appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Mark Butler
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk